UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

DULYN GROUP, INC.,

                            Debtor.
-----------------------------------------------------------X
DULYN GROUP, INC.,

                         Appellant,                                23 **CIVIL** 6296 (CS)

             -against-                                        **JUDGMENT**

MESTER FUNDING GROUP I, LLC, et al.,

                        Appellees.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 3, 2023, Appellees' Motion to Dismiss the Appeal, (see ECF No. 4), is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         October 4, 2023

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                   **BY:**    *K. Mango*
                                                               **Deputy Clerk**